Sharon P. Margello, Esq.
**OGLETREE, DEAKINS, NASH**
**SMOAK & STEWART, P.C.**
10 Madison Avenue, Suite 400
Morristown, New Jersey 07960
Telephone (973) 656-1600
Facsimile (973) 656-1611
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| TIHO MARINAC, | : | Hon. _____ |
| | : | Civ. Action No.: _____ |
| Plaintiff, | : | |
| | : | |
| v. | : | **RULE 7.1 DISCLOSURE STATEMENT** |
| | : | |
| MONDELĒZ INTERNATIONAL, INC. | : | |
| | : | |
| Defendant. | : | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Mondelēz International Holdings (improperly pled as "Mondelēz International, Inc.") certifies that Mondelēz International Holdings is (i) a non-governmental entity; and (ii) a wholly-owned subsidiary of Mondelēz International, Inc. To the best of Defendant's knowledge, no other publicly held corporation owns 10% or more of Defendant's stock.

                Respectfully Submitted,

                **OGLETREE, DEAKINS, NASH,**
                **SMOAK & STEWART, P.C.**
                Attorneys for Defendant

      By: <u>s/ Sharon P. Margello</u>
          Sharon P. Margello
          10 Madison Avenue, Suite 400
          Morristown, New Jersey 07960
          Tel: (973) 656-1600
          Fax: (973) 656-1611
          sharon.margello@ogletreedeakins.com

Date: December 5, 2014