November 6, 2017

The Honorable Judge Mark Falk, U.S.M.J.

United States District Court

1 Federal Square, Room 457

Newark, New Jersey 07101

RE: **Marinac vs. Mondelez**
    Civil Action No.:2:14-cv-07606 (WJM) (MF)

-1 page filed via ECF

-28 pages filed EX PARTE and under Judge Mark Falk's temporary Order to Seal, pending a Motion to Seal.

All 28 pages delivered to Stephen R. Bosin via fax to number 201-342-8780.

All 28 pages delivered to The Honorable Judge Mark Falk via fax as per my telephone conversation with his chambers.

Included are:

1. 1 Cover sheet
2. 7 pages written response
3. 21 exhibits