Aimée S. Lin
McDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, New York 10173
Tel: 212-547-5400
Fax: 646-383-6973
aslin@mwe.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIHO MARINAC,<br><br>    Plaintiff,<br><br>vs.<br><br>MONDELĒZ INTERNATIONAL, INC., MONDELĒZ INTERNATIONAL HOLDINGS, LLC and MONDELĒZ GLOBAL LLC,<br><br>    Defendants. | Case No. 19 Civ. 7225 (DC)<br><br>**DECLARATION OF AIMÉE S. LIN IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL** |

# FILED UNDER SEAL