

mwe.com

Aimée S. Lin
Attorney at Law
aslin@mwe.com
+1 212 547 5600

October 24, 2019

BY ECF
The Honorable Denise L. Cote
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, New York 10007-1312

Re:  Marinac v. Mondelez International, Inc., *et al*.
     19 Civ. 7225 (DC)

Dear Judge Cote:

This firm formally represented plaintiff Tiho Marinac ("Plaintiff") in the above-referenced matter. We write pursuant to the Court's order of October 22, 2019 and provide the following information to provide the status of Plaintiff's file and clarification of the record.

The Court granted the Motion to Withdraw as Counsel by this firm, McDermott Will & Emery LLP ("McDermott"), by order dated October 8, 2019 (the "Order"). We received the Order by ECF notification on October 8, 2019 at 5:03 p.m.

On October 10, 2019 at 4:19 p.m., Plaintiff wrote to Linda Doyle, General Counsel to McDermott, by email, requesting his file. On October 11, 2019, McDermott sent by hand delivery to Plaintiff two full boxes of documents: the first box contained Plaintiff's original file he provided; the second box contained two four-inch binders filled with every one of the 148 documents theretofore filed in this matter by CM/ECF from its inception, including all documents filed while the case was pending in the United States District Court for the District of New Jersey.

On October 12, 2019 at 6:56 p.m., Plaintiff again wrote to Ms. Doyle, this time stating that the file returned to him was not complete. On October 15, 2019, McDermott sent by hand delivery another 4-inch binder containing:

1. Emails received from defense counsel, dated September 11, 2018 through September 26, 2019;

2. Emails from McDermott to defense counsel, dated January 10, 2019 – August 12, 2019;

3. Letters between McDermott and defense counsel, dated February 6, 2019 through August 12, 2019; and



340 Madison Avenue  New York NY 10173-1922  Tel +1 212 547 5400  Fax +1 212 547 5444

*US practice conducted through McDermott Will & Emery LLP.*

      4.      Email and letter correspondence between Sato Lin LLC (prior counsel to Plaintiff) and defense counsel.

We anticipate sending to Plaintiff by hand delivery either tomorrow or Monday the last of counsel's file, consisting of approximately three to five boxes of documents, including counsel's notes, research, and some draft documents, correspondence and duplicates of documents McDermott has already sent to Plaintiff, pursuant to Plaintiff's stated wishes.

Thank you for your consideration in this matter.

Respectfully submitted,

/s/ Aimée S. Lin

Aimée S. Lin

cc:     Richard J. Cino, Esq.
         Linda J. Posluszny, Esq.
         Tiho Marinac (by electronic mail)

