UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
:
TIHO MARINAC,                         :    19cv7225(DLC)
:
                    Plaintiff,        :    ORDER
         -v-                          :
:
MONDELĒZ INTERNATIONAL, INC., MONDELĒZ :
INTERNATIONAL HOLDINGS, LLC, and      :
MONDELĒZ GLOBAL LLC,                  :
:
                    Defendants.       :
:
------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/2/20

DENISE COTE, District Judge:

On March 2, 2020, the defendants filed a letter informing the Court that principal trial counsel will be unavailable to participate in the telephone conference scheduled for March 3, 2020. It is hereby

ORDERED that Linda J. Posluszny, Esq. may appear for the defendants at the March 3 telephone conference.

Dated:   New York, New York
         March 2, 2020

                              _____
                                      DENISE COTE
                              United States District Judge