JACKSON LEWIS P.C.
200 Connell Drive
Suite 2000
Berkeley Heights, NJ  07922
(908) 795-5200
ATTORNEYS FOR DEFENDANTS

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIHO MARINAC, | |
| Plaintiff, | Civil Action No. 1:19-cv-07225-DLC |
| vs. | CIVIL ACTION |
| MONDELēZ INTERNATIONAL, INC., MONDELēZ INTERNATIONAL HOLDINGS, LLC, and Mondelēz Global LLC, | **RULE 502(D) ORDER** |
| Defendants. | |

The production of privileged or work-product protected documents, electronically stored information ("ESI") or other information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

SO ORDERED.

_____
DENISE COTE
United States District Judge

Dated: March 20, 2020

4829-9164-4087, v. 1