```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
TIHO MARINAC,                            :       19cv7225(DLC)
                                         :
                    Plaintiff,           :       ORDER
          -v-                            :
                                         :
MONDELĒZ INTERNATIONAL, INC., MONDELĒZ   :
INTERNATIONAL HOLDINGS, LLC, and         :
MONDELĒZ GLOBAL LLC,                     :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On March 31, 2020, plaintiff sent two ex parte emails with attachments to Chambers. Plaintiff's communications appear to argue (1) that he has complied in part with the Court's Order of March 17, 2020, requiring him to provide certain discovery to the defendants by April 3, and (2) for reconsideration of portions of the March 17 Order. It is hereby

ORDERED that plaintiff's motion for reconsideration of the March 17 Order is denied.

IT IS FURTHER ORDERED that by **April 3**, plaintiff must comply with the Court's March 17 Order. **The plaintiff is notified again that his failure to participate in discovery, including as ordered during the conference of March 3, 2020, through the March 17 Order, and through this Order, may result in dismissal for failure to prosecute.**

IT IS FURTHER ORDERED that the plaintiff shall be treated as if he is proceeding pro se unless and until the pending motion for withdrawal by his attorneys is denied. An Order of October 8, 2019, advised him of his obligations as a pro se litigant. Instructions for filing pro se filings during the COVID-19 pandemic are forthcoming from the Court.

IT IS FURTHER ORDERED that the plaintiff may not provide the Court with any document or communication without also serving that communication on defense counsel. Each document or communication must indicate the date and manner of such service.

IT IS FURTHER ORDERED that the plaintiff's communications with the Court of March 31 shall be docketed by the Court, except that certain attachments shall be filed under seal.

IT IS FURTHER ORDERED that plaintiff's counsel shall serve a copy of this Order upon plaintiff.

Dated:   New York, New York
         April 1, 2020

                              _____
                                     DENISE COTE
                              United States District Judge