```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
TIHO MARINAC,                            :        19cv7225(DLC)
                                         :
                    Plaintiff,           :           ORDER
          -v-                            :
                                         :
MONDELĒZ INTERNATIONAL, INC., MONDELĒZ   :
INTERNATIONAL HOLDINGS, LLC, and         :
MONDELĒZ GLOBAL LLC,                     :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

An Order of April 1, 2020 informed the parties that plaintiff Tiho Marinac would be treated as if he were proceeding pro se unless and until the pending motion for withdrawal by his counsel, Bantle & Levy LLP, is denied. The April 1 Order also stated that instructions on pro se filings under the COVID-19 pandemic would be forthcoming. Accordingly, it is hereby

ORDERED that, pursuant to the April 1, 2020 Standing Order issued by Chief Judge McMahon, the plaintiff, so long as he is proceeding pro se and until further order of the Court, may submit any filings by email to [Temporary_Pro_Se_Filing@nysd.uscourts.gov](mailto:Temporary_Pro_Se_Filing@nysd.uscourts.gov). The plaintiff is required to adhere to the following instructions:

- Documents must be in PDF format, no larger than 10 megabytes;
- Documents must be attached to the email;

- Documents must be signed by the plaintiff by either
    a) signing by hand and then scanning the document;
    b) signing electronically using a digital signature; or
    c) by typing: "s/[Plaintiff's Name];"
- The email and attached documents must contain the filer's name, address, and telephone number;
- The subject line of the email must read "PRO SE FILING - 19cv7225."

The plaintiff is advised that this email address is solely for submitting attached PDF documents for filing. Any additional comments, questions, correspondence, or other messages in the email will be disregarded.

IT IS FURTHER ORDERED that so long as plaintiff is proceeding pro se, he should direct questions regarding electronic filing to the Pro Se Intake Unit, available by phone at (202) 805-0175.

IT IS FURTHER ORDERED that the plaintiff, so long as he is proceeding pro se, may not submit any documents or send any emails directly to this Chambers. The Court will disregard any communications made directly to this Chambers.

IT IS FURTHER ORDERED that the plaintiff is strongly encouraged to consent to receiving electronic service of case activity through notifications sent by email from the Court's Electronic Case Filing (ECF) system by submitting the attached form, Consent to Electronic Service. The plaintiff need not

submit a hard copy of this form.  Instead, plaintiff may submit this form by email, in PDF format, to Temporary_Pro_Se_Filing@nysd.uscourts.gov.

IT IS FURTHER ORDERED that if the plaintiff is unable to send documents by email, he may continue to submit documents by regular mail or through the drop box located in the lobby of the U.S. Courthouse at 500 Pearl Street, New York, New York, or the U.S. Courthouse at 300 Quarropas Street, White Plains, New York.

IT IS FURTHER ORDERED that Bantle & Levy LLP shall serve a copy of this Order upon plaintiff.

Dated:   New York, New York
         April 3, 2020

_____
DENISE COTE
United States District Judge