```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
TIHO MARINAC,                            :         19cv7225(DLC)
                                         :
                    Plaintiff,           :            ORDER
         -v-                             :
                                         :
MONDELĒZ INTERNATIONAL, INC., MONDELĒZ   :
INTERNATIONAL HOLDINGS, LLC, and         :
MONDELĒZ GLOBAL LLC,                     :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Bantle & Levy, LLP, previously counsel for the plaintiff, having filed proposed redactions to plaintiff's opposition to Bantle & Levy's motion to withdraw and its accompanying exhibits, as well as to plaintiff's request for leave to file a sur-reply, it is hereby

ORDERED that Bantle & Levy's proposed redactions are adopted.  Docket entry #192 is adopted as the public version of the plaintiff's opposition to Bantle & Levy's motion to withdraw as counsel.  Docket entry #194 is adopted as the public version of the plaintiff's request for leave to file a sur-reply.

IT IS FURTHER ORDERED that Bantle & Levy shall serve this

Order upon the plaintiff.  Bantle & Levy shall file proof of service of this Order by **April 27, 2020**.

Dated:    New York, New York
          April 23, 2020

```
                               _____
                                    DENISE COTE
                              United States District Judge
```