```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
TIHO MARINAC,                            :       19cv7225(DLC)
                                         :
                      Plaintiff,         :       ORDER
          -v-                            :
                                         :
MONDELĒZ INTERNATIONAL, INC., MONDELĒZ   :
INTERNATIONAL HOLDINGS, LLC, and         :
MONDELĒZ GLOBAL LLC,                     :
                                         :
                      Defendants.        :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On April 24, 2020, defendants informed the Court that pro se plaintiff, Tiho Marinac, has substantially complied with his discovery obligations, as ordered by this Court on March 17, April 1, and April 17.  Defendants also informed the Court that defendants were advised that plaintiff had submitted unredacted copies of his tax returns from 2014 through 2019, along with a set of these same tax returns with proposed reactions, to this Court for in camera review.  This Court has not received plaintiff's tax returns for in camera review.  To the extent plaintiff provided unredacted tax returns to the Court in his ex parte email of April 1, 2020, these records were incomplete and provided the Court with tax returns for only a limited set of years.  Accordingly, it is hereby

ORDERED that by **May 8, 2020**, plaintiff shall provide to the Court for in camera review a copy of his unredacted tax returns from 2014 through 2019, along with a set of these same tax returns with proposed reactions, by emailing them to **CoteNYSDChambers@nysd.uscourts.gov.**

IT IS FURTHER ORDERED that plaintiff is reminded that an Order of April 3, 2020 provided him with instructions for pro se filings during the COVID-19 pandemic.  Plaintiff is reminded that, **apart from the submission of the tax returns**, he must submit all filings by email to **Temporary_Pro_Se_Filing@nysd.uscourts.gov.**  Plaintiff also is reminded that pro se parties are encouraged to consent to receive all court documents electronically.  **A consent to electronic service form is attached to this Order and is available on the Court's website.  This form can be emailed to Temporary_Pro_Se_Filing@nysd.uscourts.gov.**  Pro se parties who are unable to use email may submit documents by regular mail or in person at the drop box located at the U.S. Courthouses in Manhattan (500 Pearl Street) and White Plains (300 Quarropas Street).  For more information, including instructions on this new email service for pro se parties, please visit the Court's website at https://nysd.uscourts.gov/sites/default/files/2020-04/2020-04-08-Email-Instructions-pro-se-filings-final.pdf.

IT IS FURTHER ORDERED that by **May 15, 2020**, the parties shall file a proposed schedule for the completion of discovery and any summary judgment motion.  Should a party wish to depose any witness who resides in Europe, the parties are advised that those depositions must be taken through a video transmission, pursuant to Hague Convention procedures, since travel is restricted due to the COVID-19 pandemic.  The parties are further advised that, given that this litigation concerns events that transpired in 2014, no extensions will be granted in order to postpone depositions until the pandemic ends and the deposition can be taken in the United States.  **The May 15 submission must address whether a party will take video depositions of the witnesses located in France and Switzerland pursuant to the procedures set forth in the Hague Convention, and the date by which they will initiate that process.**

IT IS FURTHER ORDERED that defendants shall serve a copy of this Order upon plaintiff.  Defendants shall file proof of service of this Order by Wednesday, **April 29, 2020**.

Dated:    New York, New York
          April 28, 2020

_____
DENISE COTE
United States District Judge

United States District Court
Southern District of New York
*Pro Se Office*

# Pro Se (Nonprisoner) Consent & Registration Form to Receive Documents Electronically

Parties who are not represented by an attorney and are not currently incarcerated may choose to receive documents in their cases electronically (by e-mail) instead of by regular mail. Receiving documents by regular mail is still an option, but if you would rather receive them only electronically, you must do the following:

1. Sign up for a PACER login and password by contacting PACER[1] at www.pacer.uscourts.gov or 1-800-676-6856;
2. Complete and sign this form.

If you consent to receive documents electronically, you will receive a Notice of Electronic Filing by e-mail each time a document is filed in your case. After receiving the notice, you are permitted one "free look" at the document by clicking on the hyperlinked document number in the e-mail. Once you click the hyperlink and access the document, you may not be able to access the document for free again. After 15 days, the hyperlink will no longer provide free access. Any time that the hyperlink is accessed after the first "free look" or the 15 days, you will be asked for a PACER login and may be charged to view the document. For this reason, *you should print or save the document during the "free look" to avoid future charges.*

## IMPORTANT NOTICE

Under Rule 5 of the Federal Rules of Civil Procedure, Local Civil Rule 5.2, and the Court's Electronic Case Filing Rules & Instructions, documents may be served by electronic means. If you register for electronic service:

1. You will no longer receive documents in the mail;
2. If you do not view and download your documents during your "free look" and within 15 days of when the court sends the e-mail notice, you will be charged for looking at the documents;
3. This service does *not* allow you to electronically file your documents;
4. It will be your duty to regularly review the docket sheet of the case.[2]

---

[1] Public Access to Court Electronic Records (PACER) (www.pacer.uscourts.gov) is an electronic public access service that allows users to obtain case and docket information from federal appellate, district, and bankruptcy courts, and the PACER Case Locator over the internet.

[2] The docket sheet is the official record of all filings in a case. You can view the docket sheet, including images of electronically filed documents, using PACER or you can use one of the public access computers available in the Clerk's Office at the Court.



**United States District Court**
**Southern District of New York**
*Pro Se Office*

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

**Note:** This consent will apply to all cases that you have filed in this court, so please list all of your pending and terminated cases. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

_____

_____

_____

Name (Last, First, MI)

_____

Address        City        State        Zip Code

_____

Telephone Number        E-mail Address

_____

Date        Signature

**Return completed form to:**

Pro Se Office (Room 200)
500 Pearl Street
New York, NY 10007