```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
TIHO MARINAC,                            :     19cv7225(DLC)
                                         :
                    Plaintiff,           :         ORDER
          -v-                            :
                                         :
MONDELĒZ INTERNATIONAL, INC., MONDELĒZ   :
INTERNATIONAL HOLDINGS, LLC, and         :
MONDELĒZ GLOBAL LLC,                     :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

The plaintiff having requested a two-week extension of the deadline by which the parties may request that this action be restored to this Court's calendar, it is hereby

ORDERED that the plaintiff's request is granted.  Any application to restore this action to this Court's calendar must be made by **July 31, 2020.**

IT IS FURTHER ORDERED that the defendants shall serve this Order on the plaintiff.

Dated:    New York, New York
          July 14, 2020

_____
          DENISE COTE
United States District Judge